**Fill in this information to identify the case:**

Debtor name    **Eden on Brand, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:25-bk-21059-NB**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking account estimated balance** | 7023 | $910.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $910.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**Debtor has an estimated receivables of approximately $11,000.00**    $11,000.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

| Debtor | **Eden on Brand, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>**Raw materials (perishable food products)** | | | **Liquidation** | **$9,500.00** |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>**Plates, cups, utensils, napkins, table clothes, soaps, detergents, miscellaneous cleaning supplies used in the kitchen and bathrooms, miscellaneous kitchen cooking supplies.** | | | **Liquidation** | **$15,000.00** |
| **Debtor has approximately 40-50 alcoholic beverages on hand** | | | | **$8,000.00** |

23. **Total of Part 5.**                                                                        | **$32,500.00** |

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor   **Eden on Brand, Inc.**                                    Case number *(If known)* _____
        _____
        Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture and Fixtures, including chairs, tables, sofas, lamps, chandeliers, decorations, wall art, pictures, mirrors.** | | **Liquidation** | **$50,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Telephone, camera and security system, Entertainment TV; Office computers.** | | **Liquidation** | **$6,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                    | **$56,000.00** |
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Automobile: 2023 Mercedes EQE (lease). Monthly payments are $1,400.00; Debtor has 9 months remaining on the lease.** | | | **$0.00 (leased)** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Eden on Brand, Inc.**    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **Beer draft system ; Kitchen equipment; Walk-in cooler; Patio heaters; prep tables, walk-in refrigerator, stoves, ovens, pizza oven, and miscellaneous kitchen equipment and supplies.** | | **Liquidation** | **$35,000.00** |

---

51.    **Total of Part 8.**

$35,000.00

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

Debtor is a party to a Commercial Lease Agreement for the property located at 214 N. Brand Blvd., Glendale, CA 91203, on which the Debtor operates its restaurant.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | **www.edenonbrand.com** | | |
| 62.    **Licenses, franchises, and royalties**<br>**Liquor License (value estimated)**<br>**Issued by Department of Alcoholic Beverage Control** | | | **$75,000.00** |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

$75,000.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**)?**
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No

Debtor    **Eden on Brand, Inc.**                                        Case number *(If known)* _____
_____
Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Eden on Brand, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $910.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $32,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $56,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $75,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $210,410.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $210,410.00 |

**Fill in this information to identify the case:**

Debtor name    **Eden on Brand, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** — **Amount of claim** — Do not deduct the value of collateral.     **Column B** — **Value of collateral that supports this claim** |

### 2.1 CA Dept of Tax & Fee Administration

Creditor's Name

**Collection Support, MIC:55
PO Box 942879
Sacramento, CA 94279**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/6/2025
Last 4 digits of account number
4635**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$49,381.65**      **Unknown**

**Describe the lien**
**Tax Lien 1/1/24 - 9/30/24**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.2 CA Dept of Tax & Fee Administration

Creditor's Name

**Collection Support, MIC:55
PO Box 942879
Sacramento, CA 94279**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/16/2025
Last 4 digits of account number
7325**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**      **$909,974.69**      **Unknown**

**Describe the lien**
**Tax Lien for 1/1/2022 - 9/20/2024**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Eden on Brand, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **CA Dept of Tax & Fee Administration**
Creditor's Name

**Collection Support, MIC:55
PO Box 942879
Sacramento, CA 94279**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/26/2025
Last 4 digits of account number
4330**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien
Tax Lien 1/1/25 - 3/31/25**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,256.52     Unknown

---

**2.4** | **CA Dept of Tax & Fee Administration**
Creditor's Name

**Collection Support, MIC:55
PO Box 942879
Sacramento, CA 94279**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
3/9/2022
Last 4 digits of account number
5926**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien
Tax Lien for 4/1/21 - 6/30/21**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,973.64     Unknown

---

**2.5** | **CA Dept of Tax & Fee Administration**
Creditor's Name

**Collection Support, MIC:55
PO Box 942879
Sacramento, CA 94279**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**Describe the lien
Notice of State Tax Lien 7/1/22 - 9/30/22**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

$3,661.20     Unknown

---

Debtor    **Eden on Brand, Inc.**                                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** | |
| **3/16/2023** | ☑ No | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **5722** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| ☑ No | Check all that apply | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.6 | **CA Dept of Tax & Fee Administration** | Describe debtor's property that is subject to a lien | $4,724.98 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Collection Support, MIC:55
PO Box 942879
Sacramento, CA 94279**

Creditor's mailing address

**Describe the lien**

**Notice of State Tax Lien for 10/1/22 - 12/31/22**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/30/2023**
**Last 4 digits of account number**
**8422**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **California Department of Tax and** | Describe debtor's property that is subject to a lien | $5,659.13 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Fee Administration
P O Box 942879
Sacramento, CA 94279**

Creditor's mailing address

**Describe the lien**

**Notice of State Tax Lien for 7/1/2019 - 9/30/2019**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2/2022**
**Last 4 digits of account number**
**8923**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **California Department of Tax and** | Describe debtor's property that is subject to a lien | $59,971.53 | Unknown |
|---|---|---|---|---|

Debtor   **Eden on Brand, Inc.**
_____   Case number (if known) _____
Name

Creditor's Name

**Fee Administration**
**P O Box 942879**
**Sacramento, CA 94279**
Creditor's mailing address

Describe the lien
**Notice of State Tax Lien for 1/1/17 - 9/30/17;**
**4/1/17 - 6/30/17**
Is the creditor an insider or related party?

☑ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**3/2/2022**
Last 4 digits of account number
**7224**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **California Department of Tax and** | Describe debtor's property that is subject to a lien | $3,510.00 | Unknown |

Creditor's Name

**Fee Administration**
**P O Box 942879**
**Sacramento, CA 94279**
Creditor's mailing address

Describe the lien
**Notice of State Tax Lien for 10/1/20 - 12/21/20**
Is the creditor an insider or related party?

☑ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**3/9/2022**
Last 4 digits of account number
**2424**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Collectronics of California** | Describe debtor's property that is subject to a lien | $6,415.85 | Unknown |

Creditor's Name

**c/o Gary E. Looney, et al.**
**3785 Brickway Blvd. Ste.**
**210**
**Santa Rosa, CA 95403**
Creditor's mailing address

Describe the lien
**Notice of Judgment Lien**
Is the creditor an insider or related party?

☑ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**12/4/2024**
Last 4 digits of account number
**9131**

---

Debtor  **Eden on Brand, Inc.**
_____
Name                                                                                    Case number (if known) _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| Check all that apply |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1**
**1**

**Employee Development Department**
Creditor's Name

**Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA
94280-0001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/24/25**

**Last 4 digits of account number**
**6335**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Notice of State Tax Lien 7/1/24 - 12/31/24**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,852.72**         **Unknown**

---

**2.1**
**2**

**Employment Development Department**
Creditor's Name

**Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/23/2019**

**Last 4 digits of account number**
**0743**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Notice of State Tax Lien for 7/1/18 - 9/30/18**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$152.06**         **Unknown**

---

**2.1**
**3**

**Employment Development Department**
Creditor's Name

**Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Notice of State Tax Lien**

**$30,236.58**         **Unknown**

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 5 of 12

Debtor   **Eden on Brand, Inc.**
_____   Case number (if known) _____
Name

Creditor's email address, if known
_____

**Date debt was incurred**
**2/6/2018**
**Last 4 digits of account number**
**3098**
**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Employment Development Department** | | | |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/16/2017**
**Last 4 digits of account number**
**8115**
**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**                    $3,302.90          Unknown

**Describe the lien**
**Notice of State Tax Lien for 4/1/16 - 6/30/16**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Employment Development Department** | | | |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/13/2017**
**Last 4 digits of account number**
**2590**
**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**                    $12,096.38          Unknown

**Describe the lien**
**Notice of State Tax Lien 10/1/16 - 12/31/16**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Eden on Brand, Inc.**                                          Case number (if known) _____
_____
Name

| 2.16 | **Employment Development Department** | Describe debtor's property that is subject to a lien | **$932.67** | **Unknown** |

Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

Describe the lien
**Notice of State Tax Lien 10/1/18 - 3/31/19**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/24/2019**
**Last 4 digits of account number**
**9356**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Employment Development Department** | Describe debtor's property that is subject to a lien | **$23,653.99** | **Unknown** |

Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

Describe the lien
**Notice of State Tax Lien 7/1/16 - 9/30/16**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/6/2017**
**Last 4 digits of account number**
**7378**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Employment Development Department** | Describe debtor's property that is subject to a lien | **$2,941.30** | **Unknown** |

Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

Describe the lien
**Notice of State Tax Lien 4/1/19 - 6/30/19**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/22/2019**
**Last 4 digits of account number**
**2624**

Debtor   **Eden on Brand, Inc.**                                         Case number (if known) _____
      Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.19**

**Employment Development Department**
Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**3/16/2021**
**Last 4 digits of account number**
**1220**

| **Do multiple creditors have an interest in the same property?** |
|---|
| ☑ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**          $14,701.26          **Unknown**

_____

**Describe the lien**
**Notice of State Tax Lien 1/1/20 - 3/31/20**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**

**Employment Development Department**
Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**4/29/2022**
**Last 4 digits of account number**
**0234**

| **Do multiple creditors have an interest in the same property?** |
|---|
| ☑ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**          $2,107.19          **Unknown**

_____

**Describe the lien**
**Notice of State Tax Lien for 7/1/16 - 9/30/16**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.21**

**Employment Development Department**
Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**          $17,362.29          **Unknown**

_____

**Describe the lien**
**Notice of State Tax Lien for 4/1/17 - 6/30/17**

---

Debtor   **Eden on Brand, Inc.**                                         Case number (if known) _____
_____
Name

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **5/7/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8103** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 2 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $93,828.12 | Unknown |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **P O Box 7346** | |
| **Philadelphia, PA** | |
| **19101-7346** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Tax Lien 12/31/13, 12/31/17, 9/30/16** |
| | **Is the creditor an insider or related party?** |
| _____ | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **9/25/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0695** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $3,185.58 | Unknown |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **P O Box 7346** | |
| **Philadelphia, PA** | |
| **19101-7346** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Tax Lien for 12/31/16 - 12/31/17** |
| | **Is the creditor an insider or related party?** |
| _____ | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **5/21/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9893** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☑ Unliquidated |
| | ☐ Disputed |

---

Debtor    **Eden on Brand, Inc.**
     Name

Case number (if known) _____

---

| 2.2 4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$1,904.73** | **Unknown** |

Creditor's Name

**P O Box 7346
Philadelphia, PA
19101-7346**
Creditor's mailing address

**Describe the lien**
**Notice of Federal Tax Lien 9/30/17**
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/17/2018**
**Last 4 digits of account number**
**1655**

**Do multiple creditors have an interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.2 5 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$5,080.00** | **Unknown** |

Creditor's Name

**P O Box 7346
Philadelphia, PA
19101-7346**
Creditor's mailing address

**Describe the lien**
**Notice of Federal Tax Lien for 12/31/14 and 12/31/17**
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/3/2019**
**Last 4 digits of account number**
**2961**

**Do multiple creditors have an interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.2 6 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | **$500,000.00** | **Unknown** |

Creditor's Name

**Attn Elan Levey
300 N. Los Angeles St.
Fed Bld. 7516
Los Angeles, CA 90012**
Creditor's mailing address

**Describe the lien**
**EIDL loan**
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[ ] No
[✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/25/25**
**Last 4 digits of account number**

---

| Debtor | Eden on Brand, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6812**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 7 | **Wayne Distribution Center** | Describe debtor's property that is subject to a lien | **$30,302.49** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**dba Premier Meat Company
5030 Gifford Avenue
Los Angeles, CA 90058**
Creditor's mailing address

**Describe the lien**
**Judgment Lien 25CHLC07423**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/22/2025**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0028**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **WebBank, its Successors & Assignees** | Describe debtor's property that is subject to a lien | **$49,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Attn: Sophia Guernsey
85 2nd St. Ste 710
San Francisco, CA 94105**
Creditor's mailing address

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☑ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/3/2024; 4/24/24**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4527,3535**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **WebBank, its successors/assignees** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**215 South State Street, Ste 1000
Salt Lake City, UT 84111**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

---

Debtor   **Eden on Brand, Inc.**                                    Case number (if known) _____
_____Name_____

_____     **Is the creditor an insider or related party?**
Creditor's email address, if known          ☑ No
                                            ☐ Yes
                                     **Is anyone else liable on this claim?**
**Date debt was incurred**           ☑ No
**8/21/2025**                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7534**
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
☑ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$1,879,169.45** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wayne Distribution Center**<br>**c/o Gary S. Sherman**<br>**22843 Ventura Blvd**<br>**Woodland Hills, CA 91364** | Line __2.27__ | |

**Fill in this information to identify the case:**

Debtor name  **Eden on Brand, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:25-bk-21059-NB**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Breakthru Beverage**<br>**6550 E Washington Blvd.**<br>**Los Angeles, CA 90040**<br><br>Date(s) debt was incurred  2025<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,486.92** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Chase Bank**<br>**270 Park Ave.**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred  2025<br>Last 4 digits of account<br>number  4246,3153,2562,3720 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Credit cards<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51,959.18** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Claudia Pacheco**<br>**5628 Whitsett Avenue, #6**<br>**Valley Village, CA 91607**<br><br>Date(s) debt was incurred  12/2025<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  included for notification and as a precaution<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Domenico's Los Angeles, LLC**<br>**dba The Cheese Store of Beverly Hil**<br>**1619 Selby Avenue**<br>**Los Angeles, CA 90024**<br><br>Date(s) debt was incurred  2025<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,469.29** |

| Debtor | Eden on Brand, Inc. | Case number (if known) | **2:25-bk-21059-NB** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**EcoLab**
**18383 E. Railroad Street**
**Rowland Heights, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$11,651.63**

---

**3.6** | Nonpriority creditor's name and mailing address

**Ingardia Brothers Produce Inc.**
**700 S. Hathaway Street**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$18,658.06**

---

**3.7** | Nonpriority creditor's name and mailing address

**Jose Guadalupe Beltran, et al.**
**c/o Law Offices of Jack D Josephson**
**Attn: Jack D. Josephson, Esq.**
**3580 Wilshire Blvd. FL 17**
**Los Angeles, CA 90010**

Date(s) debt was incurred **7/11/2025**

Last 4 digits of account number **2150**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment for employment complaint**

Is the claim subject to offset? ☐ No ☐ Yes

**$81,822.97**

---

**3.8** | Nonpriority creditor's name and mailing address

**K&K International**
**1815 W 205th Street, Suite 305**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,708.45**

---

**3.9** | Nonpriority creditor's name and mailing address

**Mutual Trading Co. Inc.**
**4200 Shirley Ave**
**El Monte, CA 91731**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,563.26**

---

**3.10** | Nonpriority creditor's name and mailing address

**Republic National Distributing Co**
**1442 Franklin Avenue**
**Tustin, CA 92780**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,196.52**

---

**3.11** | Nonpriority creditor's name and mailing address

**Southern Glazer's Wine & Spirits**
**File 56002**
**Los Angeles, CA 90074**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,413.73**

---

| Debtor | **Eden on Brand, Inc.** | | Case number (if known) | **2:25-bk-21059-NB** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,131.96 |
|---|---|---|---|
| | **True World Foods** | ☐ Contingent | |
| | **4200 S. Alameda Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90058** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,965.73 |
|---|---|---|---|
| | **Truffle Brothers** | ☐ Contingent | |
| | **4073 W. Washington Blvd.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90018** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,397.70 |
|---|---|---|---|
| | **US Bank** | ☐ Contingent | |
| | **Po Box 790408** | ☐ Unliquidated | |
| | **Saint Louis, MO 63179** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Credit Card__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CRF Solutions** **c/o Southern Glazer's Wine and Spir** **2051 Royal Ave** **Simi Valley, CA 93065** | Line __3.11__ ☐ Not listed. Explain ____ | _ |
| 4.2 | **Moss & Barnett Creditor Remedies** **c/o EcoLab** **150 S 5th Street, Ste 1200** **Minneapolis, MN 55402** | Line __3.5__ ☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 254,425.40 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 254,425.40 |